UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL EVANS #220247,

    Plaintiff,

v.                                3:05-cv-575

JAMES WORTHINGTON,
ROBERT J. GIBSON,
CHARLES DAVIDSON,
JACKIE BURGESS,
and E. JONES,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                   *s/ James H. Jarvis*
                                           UNITED STATES DISTRICT JUDGE